1  RONALD K. ALBERTS (SBN: 100017)
   GORDON & REES LLP
2  633 West Fifth Street
   Suite 4900
3  Los Angeles, CA 90071
   Telephone: (213) 576-5000
4  Facsimile: (213) 680-4470

5  Attorneys For: Defendant
   AETNA LIFE INSURANCE COMPANY,
6  erroneously sued herein as Aetna U.S. Healthcare

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 SHELLEY GREGORY,               )   CASE NO. 05 CV-01567
                                  )
11              Plaintiff         )
                                  )
12     vs.                        )   **ORDER FOR SUBSTITUTION OF
                                  )   ATTORNEYS**
13 AETNA U.S. HEALTHCARE, THE     )
   MARYLAND INSURANCE GROUP/ZURICH)
14 U.S. DISABILITY PLAN, and DOES 1 through )
   50, inclusive                  )
15                                )
                                  )
16              Defendant.        )
   _____)

17

18

19

20         In accordance with the signed consent of Defendant, AETNA LIFE INSURANCE

21 COMPANY erroneously sued herein as Aetna U.S. Healthcare ("Defendant"), filed

22 February 17, 2006, defendant hereby gives notice that effective February 21, 2006, defense

23 attorneys Ronald K. Alberts of Gordon & Rees, 633 West Fifth Avenue, Suite 4900, Los

24 Angeles, CA 90071, Phone (213) 576-5000 fax: (213) 680-4470 and email address

25 ralberts@gordonrees.com, is hereby substituted as the attorneys of record for defendant in this

26 action in the place of Ronald K. Alberts and Amber M. McGovern of Berger Kahn, located at

27 4215 Glencoe Avenue, 2nd Floor, Marina Del Rey, CA 90292.

28 ///

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

1

Respectfully submitted,

2

3

DATED: February ___, 2006                    GORDON & REES LLP

4

5

BY: _____

6

RONALD K. ALBERTS
Attorneys for Defendants Aetna Health

7

of California, Inc. and Aetna Health
Management, LLC

8

9

IT IS SO ORDERED.

10

Dated:  March 9, 2006                        /s/ Frank C. Damrell Jr.
Judge of the United States District Court,

11

Eastern District

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA  90071

## PROOF OF SERVICE

        I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is:  633 West Fifth Street, Suite 4900, Los Angeles, CA  90071.  On February ___, 2006, I served the within documents:

**NOTICE AND ORDER FOR SUBSTITUTION OF ATTORNEYS**

O        by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

X        by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Los Angeles, addressed as set forth below.

O        by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

H. Wade Sammis, Esq.
Wohl, Sammis & Perkins, LLP
1006 4th Streeet, 4th Floor
Sacramento, CA 95814

        I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

        I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

        Executed on February ___, 2006, at Los Angeles, California.

                                        _____
                                        Karen Williams