RONALD K. ALBERTS (SBN 100017)
AMBER M. McGOVERN, (SBN 230551)
BERGER KAHN
A Law Corporation
Mail Service:
  Post Office Box 92621
  Los Angeles, CA  90009-9998
Location:
  4215 Glencoe Avenue, 2nd Floor
  Marina del Rey, CA  90292-5634
Tel:  (310) 821-9000 • Fax: (310) 578-6178
ralberts@bergerkahn.com

Attorneys for AETNA LIFE INSURANCE COMPANY and THE MARYLAND CASUALTY COMPANY LONG TERM DISABILITY PLAN erroneously sued as AETNA U.S. HEALTHCARE and THE MARYLAND INSURANCE GROUP/ZURICH U.S. DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY GREGORY,<br><br>        Plaintiff,<br><br>v.<br><br>AETNA U.S. HEALTHCARE, THE MARYLAND INSURANCE GROUP/ZURICH U.S. DISABILITY PLAN, and DOES 1 through 50, inclusive,<br><br>        Defendants. | CASE NO. 05 CV 01567 JFM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

On this ____ day of _____, 2006, the Stipulation of Dismissal came on for consideration by the Court.  The Court, having considered this matter, finds and concludes that of Plaintiff Shelley Gregory's claim and causes of action against Defendants AETNA LIFE INSURANCE COMPNAY and THE MARYLAND CASUALTY COMPANY LONG TERM DISABILITY PLAN erroneously sued as AETNA U.S. HEALTHCARE and THE MARYLAND INSURANCE GROUP/ZURICH U.S. DISABILITY PLAN should be dismissed with prejudice, with each party to bear its own attorneys' fees and costs of court.

Therefore, it is ORDERED that all of Plaintiff's claims and causes of action against Defendants are dismissed with prejudice.

It is further ordered that all attorneys' fees and costs of court are to be borne by the parties incurring the same.

DATED: February 17, 2006        BERGER KAHN, a law corporation

By:___/s/_____
Ronald K. Alberts and
Amber M. McGovern
Attorneys for Aetna Life Insurance
Company and the Maryland Casualty
Company Long Term Disability Plan

DATED: February 15, 2006        WOHL, SAMMIS & PERKINS, LLP

By:___/s/_____
H. Wade Sammis
Attorneys for Shelley Gregory

IT IS SO ORDERED.

DATED: March 9, 2006

/s/ Frank C. Damrell Jr.
UNITED STATES DISTRICT JUDGE

# AFFIDAVIT AND DECLARATION OF PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF LOS ANGELES   )

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause.

On March 9, 2006, I served a true copy of **STIPULATION FOR DISMISSAL WITH PREJUDICE:**

☐ by personally delivering it to the person(s) indicated below in the manner provided by F. R. Civ. Pr. 5(B);

☒ by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid and by causing such envelope(s) to be deposited in the mail at 633 W. Fifth Street, Suite 4900, Los Angeles, CA 90071, addressed as follows:

H. Wade Sammis, Esq.
Wohl, Sammis & Perkins
1006 4th Street, 4th Floor
Sacramento, CA 95814

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing with the United States Postal Service: it is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date or postal meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

☒ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 9, 2006, at Marina del Rey, California.

/S/
KAREN WILLIAMS

BERGER KAHN
*A Law Corporation*
P.O. Box 92621
Los Angeles, CA 90009-9998

3